## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                           | CHAPTER 7 CASE
MAXIMUM METAL , INC. | 
 | CASE NO. 05B-48921 JS
 | 
 | JUDGE JOHN SQUIRES
Debtor(s) | 

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/11/05.  The Trustee was appointed on 10/11/05.  An order for relief under Chapter 7 was entered on 10/11/05.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 1/18/08 is as follows:

    a. RECEIPTS (See Exhibit C)                      $       27,418.40

b. DISBURSEMENTS (See Exhibit C)     $       26.12

c. NET CASH available for distribution     $       27,392.28

d. TRUSTEE/PROFESSIONAL COSTS
    1. Trustee compensation requested (See Exhibit E)     $       3,491.84
    2. Trustee Expenses (See Exhibit E)     $       0.00
    3. Compensation requested by attorney or other
       professionals for trustee (See Exhibit F)     $       9,082.48
e. Illinois Income Tax for Estate (See Exhibit G)     $       0.00

5.     The Bar Date for filing unsecured claims expired on 02/06/06.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims     $       44,376.28

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims     $       12,574.32

c. Allowed Chapter 11 Administrative Claims     $       0.00

d. Allowed priority claims     $       225,298.45

e. Allowed unsecured claims     $       211,272.14

7.     Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$9,082.48.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$12,574.32. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.     A fee of $3,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  1/18/08                                    RESPECTFULLY SUBMITTED,


                                              By:/s/David Grochocinski
                                                 DAVID GROCHOCINSKI, TRUSTEE
                                                 1900 RAVINIA PLACE
                                                 ORLAND PARK, IL  60462
                                                 Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462

Invoice submitted to:
Maximum Metal

January 18, 2008

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2005 | DEG | Receipt and review of motion to modify stay by Ford Motor Credit | 0.20<br>375.00/hr | 75.00 |
| 11/1/2005 | DEG | Prepared initial report of assets | 0.20<br>375.00/hr | 75.00 |
| 11/3/2005 | DEG | Facsimile letter to Samuel Bonanno regarding assets at 1062 Republic Drive, Addison, IL; American Auction to view inventory and premises | 0.50<br>375.00/hr | 187.50 |
| 11/4/2005 | DEG | Email to Gaertner regarding need for books and records to be turnover over along with mail forwarded to Trustee | 0.20<br>375.00/hr | 75.00 |
| | DEG | Receipt and review of bar date; set for 2/6/06 | 0.20<br>375.00/hr | 75.00 |
| 11/7/2005 | DEG | Facsimile letter from K. Gaertner; books and records locked down by landlord; no response from him | 0.20<br>375.00/hr | 75.00 |
| 11/10/2005 | DEG | Receipt and review of letter from Alshuler, Simantz et al regarding EW Olson Roofing | 0.20<br>375.00/hr | 75.00 |
| 11/17/2005 | DEG | Telephone conference with Tom Dohrer regarding premises of Maximum | 0.10<br>375.00/hr | 37.50 |
| 11/18/2005 | DEG | Email to T. Dohrere regarding personal property on the premises of Maximum; abandoning same per auctioneer | 0.10<br>375.00/hr | 37.50 |
| 11/30/2005 | DEG | Review of schedules and statement of financial affiars prior to 341 meeting | 0.50<br>375.00/hr | 187.50 |
| 12/2/2005 | DEG | Review of a/r's | 1.50<br>375.00/hr | 562.50 |
| 12/5/2005 | DEG | Letter to accountant with copy of order approving employment, Form I & II and other documents necessary to prepare tax returns | 0.30<br>375.00/hr | 112.50 |
| 12/7/2005 | DEG | Conduct 341 meeting | 0.50<br>375.00/hr | 187.50 |



EXHIBIT
A

Maximum Metal                                                                    Page    2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/2005 | DEG | Prepared letter to Village of Addison regarding no need for business license fee | 0.20 375.00/hr | 75.00 |
| 2/7/2006 | DEG | Prepared letter to West Suburban Bank; demand turnover of funds in debtor's account; attach necessary documentation regarding same | 0.30 375.00/hr | 112.50 |
| 3/3/2006 | DEG | Facsimile letter to James James with coipy of order approving settlement with EW Olson | 0.20 375.00/hr | 75.00 |
|  | DEG | Email to K. Kaertner regarding abandon small assets at time of closing | 0.10 375.00/hr | 37.50 |
| 3/20/2006 | DEG | Prepared letter to James Petry regarding need for meeting to resolve issues | 0.20 375.00/hr | 75.00 |
| 3/30/2006 | DEG | Receipt and review of letter from Sheet Metal Workers' Nat'l Pension Fund  regarding compliance audits of contributing employers | 0.20 375.00/hr | 75.00 |
| 4/5/2006 | DEG | Facsimile letter to Walter Shaw regarding audit | 0.20 375.00/hr | 75.00 |
| 4/10/2006 | DEG | Prepared letter to accountant regarding documents to prepare tax returns; need to pick up | 0.20 375.00/hr | 75.00 |
| 4/23/2006 | DEG | Receive of letter from Baum Sigman et al regarding correspondence from Mutual Bank regarding turnover of checking account balance | 0.30 375.00/hr | 112.50 |
| 5/12/2006 | DEG | Prepared request for copy of tax returns and send check for $78.00 | 0.20 375.00/hr | 75.00 |
| 7/20/2006 | DEG | Prepared letter with copies of returns fro IRS to Al Horewitch to proceed with necessary returns | 0.50 375.00/hr | 187.50 |
| 8/7/2006 | DEG | Prepared letter to Mutla Bank demand turnover of checking account balance | 0.20 375.00/hr | 75.00 |
| 8/28/2006 | DEG | Letter to Beverly Alfon regarding priority claims of Sheet Metal Local 265; need to amend claims | 0.50 375.00/hr | 187.50 |
| 9/5/2006 | DEG | Receipt and review of letter from Beverly Alfon regarding my letter of 8/26/06 and claim issues | 0.20 375.00/hr | 75.00 |
| 8/22/2007 | DEG | Receipt and review of check from Mutual Bank regarding Shet Metal Workers Local 265 garnishment; deposit same | 0.30 375.00/hr | 112.50 |
| 8/29/2007 | DEG | Initial review of claim docket | 0.80 375.00/hr | 300.00 |
| 12/3/2007 | DEG | Receipt and review of amended proof of claim  from AIG | 0.20 375.00/hr | 75.00 |
| 1/17/2008 | DEG | Review of final tax returns | 1.00 375.00/hr | 375.00 |
| 1/18/2008 | DEG | Prepared final report | 2.50 375.00/hr | 937.50 |

|  | | | | |
|---|---|---|---|---|
| SUBTOTAL: | | | [  13.00 | 4,875.00] |
| For professional services rendered | | | 13.00 | $4,875.00 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                                    $              27,418.40

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                                   $              21,710.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                          $                     0.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 05B-48921 JS |
| **Case Name:** | MAXIMUM METAL , INC. |
| **Period Ending:** | 01/18/08 |

| | |
|---|---|
| **Trustee:** | (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 10/11/05 (f) |
| **§341(a) Meeting Date:** | 12/07/05 |
| **Claims Bar Date:** | 02/06/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 2 | MUTUAL BANK, CAROL STREAM | 2,200.00 | 2,200.00 | | 979.44 | FA |
| 3 | WEST SUBURBAN BANK | 200.00 | 200.00 | | 226.72 | FA |
| 4 | REPUBLIC RENTAL - LANDLORD | 1,950.00 | 1,950.00 | DA | 0.00 | FA |
| 5 | MID AMERICA BANK EQUIPMENT LEASE DEPOSIT | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 6 | NICOR DEPOSIT | 260.00 | 260.00 | DA | 0.00 | FA |
| 7 | POSSIBLE REFUND WORKMAN'S COMP | Unknown | Unknown | | 0.00 | FA |
| 8 | ACCOUNTS RECEIVABLE | 30,000.00 | 30,000.00 | | 25,617.00 | FA |
| 9 | COMPUTER SOFTWARE | 500.00 | 500.00 | DA | 0.00 | FA |
| 10 | TRAILER | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 11 | 2003 FORD E250 VAN | 14,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 FORD 150 | 15,000.00 | 0.00 | | 0.00 | FA |
| 13 | OFFICE EQUIPMENT, ETC. | 0.00 | 0.00 | | 0.00 | FA |
| 14 | MACHINERY, FIXTURES, EQUIPMENT, USED IN BUSINESS | 11,000.00 | 11,000.00 | DA | 0.00 | FA |
| 15 | INVENTORY | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 595.24 | Unknown |
| 16 | **Assets     Totals** (Excluding unknown values) | **$83,110.00** | **$54,110.00** | | **$27,418.40** | **$0.00** |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-48921 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** MAXIMUM METAL , INC. | **Filed (f) or Converted (c):** 10/11/05 (f) |
| | **§341(a) Meeting Date:** 12/07/05 |
| **Period Ending:** 01/18/08 | **Claims Bar Date:** 02/06/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

COLLECTION OF A/R'S PENDING
ACCOUNTANT TO REVIEW RECORDS
A/R'S COLLECTED; AWAITING TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** December 30, 2007      **Current Projected Date Of Final Report (TFR):** December 30, 2007

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-48921 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MAXIMUM METAL , INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****51-19 - Time Deposit Account |
| Taxpayer ID #: | 38-3676023 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/18/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 | | FUNDING ACCOUNT: ********5165 | | 9999-000 | 22,500.00 | | 22,500.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 7.65 | | 22,507.65 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 29.64 | | 22,537.29 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 29.69 | | 22,566.98 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 27.81 | | 22,594.79 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 29.76 | | 22,624.55 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 28.84 | | 22,653.39 |
| 12/22/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 21.18 | | 22,674.57 |
| 06/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.5500% | 1270-000 | 173.98 | | 22,848.55 |
| 09/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 74.74 | | 22,923.29 |
| 12/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3100% | 1270-000 | 74.99 | | 22,998.28 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 22,998.28 | 0.00 | $22,998.28 |
| Less: Bank Transfers | 22,500.00 | 0.00 |
| **Subtotal** | **498.28** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$498.28** | **$0.00** |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-48921 JS | |
| **Case Name:** | MAXIMUM METAL , INC. | |
| **Taxpayer ID #:** | 38-3676023 | |
| **Period Ending:** | 01/18/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/05 | {8} | WEIS BUILDERS | ACCOUNT RECEIVABLE | 1121-000 | 2,310.00 | | 2,310.00 |
| 11/03/05 | {8} | WOODFIELD CHEVROLET | ACCOUNT RECEIVABLE | 1121-000 | 615.00 | | 2,925.00 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 1.06 | | 2,926.06 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.46 | | 2,927.52 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.65 | | 2,929.17 |
| 02/09/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #05B-48921, Bond #016026455 | 2300-000 | | 2.50 | 2,926.67 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.57 | | 2,928.24 |
| 03/03/06 | {3} | WEST SUBURBAN BANK | REMAINING FUNDS /CLOSE OUT OF ACCOUNT | 1129-000 | 226.72 | | 3,154.96 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 1.85 | | 3,156.81 |
| 04/05/06 | {8} | E.W. OLSON ROOFING INC. | FUNDS DUE ESTATE FOR WORK PERFORMED | 1121-000 | 22,692.00 | | 25,848.81 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 13.75 | | 25,862.56 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.58 | | 25,880.14 |
| 06/23/06 | | ACCOUNT FUNDED: ********5119 | | 9999-000 | | 22,500.00 | 3,380.14 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 13.08 | | 3,393.22 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.31 | | 3,395.53 |
| 08/22/06 | {2} | MUTUAL BANK | TURNOVER OF NON-WAGE GARNISHMENT ISSUED BY SHEET METAL WOKERS | 1129-000 | 979.44 | | 4,374.97 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.48 | | 4,377.45 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.78 | | 4,380.23 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 3.07 | | 4,383.30 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.88 | | 4,386.18 |
| | | | **Subtotals :** | | **$26,888.68** | **$22,502.50** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-48921 JS | |
| **Case Name:** | MAXIMUM METAL , INC. | |
| **Taxpayer ID #:** | 38-3676023 | |
| **Period Ending:** | 01/18/08 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.78 | | 4,388.96 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.92 | | 4,391.88 |
| 02/12/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-48921, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 23.62 | 4,368.26 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.18 | | 4,370.44 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.33 | | 4,372.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.41 | | 4,375.18 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.41 | | 4,377.59 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.25 | | 4,379.84 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.49 | | 4,382.33 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.41 | | 4,384.74 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.18 | | 4,386.92 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 2.57 | | 4,389.49 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 2.28 | | 4,391.77 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 2.23 | | 4,394.00 |

|  | | Subtotals : | $31.44 | $23.62 |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05B-48921 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MAXIMUM METAL , INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 38-3676023 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/18/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 26,920.12 | 22,526.12 | $4,394.00 |
| | | | Less: Bank Transfers | | 0.00 | 22,500.00 | |
| | | | Subtotal | | 26,920.12 | 26.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,920.12 | $26.12 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-48921 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | MAXIMUM METAL , INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****51-66 - Checking Account |
| Taxpayer ID #: | 38-3676023 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/18/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 27,418.40 |
|---|---|
| Net Estate : | $27,418.40 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # ***-*****51-19 | 498.28 | 0.00 | 22,998.28 |
| MMA # ***-*****51-65 | 26,920.12 | 26.12 | 4,394.00 |
| Checking # ***-*****51-66 | 0.00 | 0.00 | 0.00 |
| | $27,418.40 | $26.12 | $27,392.28 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MAXIMUM METAL , INC.<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-48921 JS<br><br>JUDGE JOHN SQUIRES |

## PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 12,574.32 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 14,817.96 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 27,392.28 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 12,574.32 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 77.48 | 77.48 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 5,395.00 | 5,395.00 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 3,491.84 | 3,491.84 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3,610.00 | 3,610.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $     37,462.07 | 39.55% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | 297.88 | 117.83 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | 1,005.36 | 397.67 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | 6,204.77 | 2,454.27 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | 6,291.43 | 2,488.55 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 16,816.92 | 6,651.85 |
| 020 | SASMI TRUST FUND | 5,145.96 | 2,035.46 |
| 021 | SHEET METAL WORKERS' NAT'L PENSION FUND | 1,699.75 | 672.33 |
| | TOTAL        $ | | 14,817.96 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $        0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $        0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $        44,376.28 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 013        DEPT. OF THE TREASURY - IRS | 44,376.28 | 0.00 |
| | TOTAL        $        0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $        187,836.38 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 013        DEPT.OF THE TREASURY - IRS | 157,304.20 | 0.00 |
| 015        ILLINOIS DEPT. OF EMP. SECURITY | 16,972.38 | 0.00 |
| 019        ILLINOIS DEPT. OF REVENUE | 13,559.80 | 0.00 |
| | TOTAL        $        0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $        0.00 | |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $   211,272.14 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 FRINGE BENEFIT FUNDS | 337.50 | 0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 SAVINGS FUND | 5,051.08 | 0.00 |
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | 779.68 | 0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | 2,631.43 | 0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | 15,837.25 | 0.00 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | 15,983.44 | 0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | 38,419.16 | 0.00 |
| 008 | DACAV INDUSTRIES | 5,804.32 | 0.00 |
| 009 | FEDERATED INSURANCE | 11,839.60 | 0.00 |
| 010 | COPPER SALES, INC. | 10,617.03 | 0.00 |
| 011 | FIRST NATIONAL BANK OF OMAHA | 538.92 | 0.00 |
| 012 | FIRST NATIONAL BANK OF OMAHA | 2,411.87 | 0.00 |
| 013 | DEPARTMENT OF THE TREASURY - IRS | 56,625.97 | 0.00 |
| 014 | NORTH COAST CHICAGO | 2,393.07 | 0.00 |
| 015 | ILLINOIS DEPT. OF EMP. SECURITY | 70.00 | 0.00 |
| 016 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC. CORP CARD | 1,264.25 | 0.00 |
| 017 | ADVANTA BANK CORP | 10,150.89 | 0.00 |
| 018 | MID AMERICA BANK | 11,608.56 | 0.00 |
| 019 | ILLINOIS DEPT OF REVENUE | 1,280.82 | 0.00 |
| 020 | SASMI TRUST FUND | 9,092.50 | 0.00 |
| 021 | SHEET METAL WORKERS' NAT'L PENTION FUND | 3,624.80 | 0.00 |
| 023 | COMMERCE & INDUSTRY INS CO & IL NAT'L INS CO | 4,910.00 | 0.00 |
| | | TOTAL          $ | 0.00 |

| 14.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $        0.00 | |

| 15.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $        0.00 | |

| 16.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $        0.00 | |

| 17.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $        0.00 | |

| 18.        TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL          $        0.00 | |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF | CLAIM | | AMOUNT | DISALLOWED /WITHDRAWN |
|---------|--------|------------------------|----------|------------|
| **CLAIM** | **NUMBER** | **CREDITOR AND ADDRESS** | **OF CLAIM** | **(DESIGNATE)** |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 77.48 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 5,395.00 | |
| | | | 5,472.48 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 3,610.00 | |
| | | | 3,610.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 9,082.48 | $ 9,082.48 |