**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                              CHAPTER 7 CASE
MAXIMUM METAL , INC.
                                                    CASE NO. 05B-48921 JS

                                                    JUDGE JOHN SQUIRES

                    Debtor(s)

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**


**TO** the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above
captioned case has filed a Trustee's Final Report and final
applications for compensation.  A hearing will be held.

        At:   **DuPage County Courthouse
              505 N. County Farm Road, Courtroom 2000
              Wheaton, Illinois 60187**

        on:   **April 18, 2008**
        at:   **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections
to the Final Report, ruling on applications for compensation and
expenses and any objections to the pending applications and
transacting such other business as may be properly noticed before
the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS
IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                          $              27,418.40

        b. Disbursements                     $                  26.12

        c. Net Cash Available for Distribution $             27,392.28

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

|  | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Applicant |  |  |  |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $77.48 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $5,395.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $3,491.84 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $3,610.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority and secured claims totaling $269,674.73 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 39.55%.

Allowed priority and secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | $ | 297.88 | $   117.83 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | $ | 1,005.36 | $   397.67 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | $ | 6,204.77 | $ 2,454.27 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | $ | 6,291.43 | $ 2,488.55 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ | 16,816.92 | $ 6,651.85 |
| 020 | SASMI TRUST FUND | $ | 5,145.96 | $ 2,035.46 |
| 021 | SHEET METAL WORKERS' NAT'L PENSION FUND | $ | 1,699.75 | $   672.33 |
| 013 | DEPT. OF THE TREASURY - IRS | | 44,376.28 | 0.00 |
| 013 | DEPT.OF THE TREASURY - IRS | | 157,304.20 | 0.00 |
| 015 | ILLINOIS DEPT. OF EMP. SECURITY | | 16,972.38 | 0.00 |

019     ILLINOIS DEPT. OF REVENUE          13,559.80          0.00

7.       Claims of general unsecured creditors totaling $211,272.14
         have been allowed and will be paid *pro rata* only after all allowed
         administrative and priority claims have been paid in full.  The
         general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 FRINGE BENEFIT FUNDS | $    337.50 | $    0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 SAVINGS FUND | $  5,051.08 | $    0.00 |
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | $    779.68 | $    0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | $  2,631.43 | $    0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | $ 15,837.25 | $    0.00 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | $ 15,983.44 | $    0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 38,419.16 | $    0.00 |
| 008 | DACAV INDUSTRIES | $  5,804.32 | $    0.00 |
| 009 | FEDERATED INSURANCE | $ 11,839.60 | $    0.00 |
| 010 | COPPER SALES, INC. | $ 10,617.03 | $    0.00 |
| 011 | FIRST NATIONAL BANK OF OMAHA | $    538.92 | $    0.00 |
| 012 | FIRST NATIONAL BANK OF OMAHA | $  2,411.87 | $    0.00 |
| 013 | DEPARTMENT OF THE TREASURY - IRS | $ 56,625.97 | $    0.00 |
| 014 | NORTH COAST CHICAGO | $  2,393.07 | $    0.00 |
| 015 | ILLINOIS DEPT. OF EMP. SECURITY | $    70.00 | $    0.00 |
| 016 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC. CORP CARD | $  1,264.25 | $    0.00 |
| 017 | ADVANTA BANK CORP | $ 10,150.89 | $    0.00 |
| 018 | MID AMERICA BANK | $ 11,608.56 | $    0.00 |
| 019 | ILLINOIS DEPT OF REVENUE | $  1,280.82 | $    0.00 |

| | | | | |
|---|---|---|---|---|
| 020 | SASMI TRUST FUND | $ | 9,092.50 | $ | 0.00 |
| 021 | SHEET METAL WORKERS' NAT'L PENTION FUND | $ | 3,624.80 | $ | 0.00 |
| 023 | COMMERCE & INDUSTRY INS CO & IL NAT'L INS CO | $ | 4,910.00 | $ | 0.00 |

8.       Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.       The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.       Debtor has not been discharged.

11.       The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, machinery, various security deposits, computer software and trailer

Dated:  March 13, 2008                    For the Court,


                                        KENNETH S. GARDNER
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street; 7th Floor
                                        Chicago, IL  60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
                 ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                              CHAPTER 7 CASE
MAXIMUM METAL , INC.

                                                    CASE NO. 05B-48921 JS

                                                    JUDGE JOHN SQUIRES

                      Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $       3,491.84 |
| 2. | Trustee's expenses | $           0.00 |
| | TOTAL | $       3,491.84 |
| 3. | Chapter 11 Trustee's compensation | $           0.00 |
| 4. | Chapter 11 Trustee's expenses | $           0.00 |
| | TOTAL | $           0.00 |

**IT IS FURTHER ORDERED** that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $       5,395.00 |
| | b. Expenses | $          77.48 |
| | c. Chapter 11 Compensation | $           0.00 |
| | d. Chapter 11 Expenses | $           0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $       3,610.00 |
| | b. Expenses | $           0.00 |
| | c. Chapter 11 compensation | $           0.00 |

      d. Chapter 11 Expenses              $_____0.00

3.    Other Professionals

                                     TOTAL     $____9,082.48

      **IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED      day
this   _____of  _____200 __


         ENTERED  _____

                  JOHN SQUIRES
                  UNITED STATES BANKRUPTCY JUDGE