**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MAXIMUM METAL , INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-48921 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 2000
         Wheaton, Illinois 60187

    on:  **April 18, 2008**
    at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           27,418.40

    b. Disbursements                         $               26.12

    c. Net Cash Available for Distribution   $           27,392.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $77.48 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $5,395.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $3,491.84 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $3,610.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority and secured claims totaling $269,674.73 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 39.55%.

Allowed priority and secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | $ 297.88 | $ 117.83 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | $ 1,005.36 | $ 397.67 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | $ 6,204.77 | $ 2,454.27 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | $ 6,291.43 | $ 2,488.55 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 16,816.92 | $ 6,651.85 |
| 020 | SASMI TRUST FUND | $ 5,145.96 | $ 2,035.46 |
| 021 | SHEET METAL WORKERS' NAT'L PENSION FUND | $ 1,699.75 | $ 672.33 |
| 013 | DEPT. OF THE TREASURY - IRS | 44,376.28 | 0.00 |
| 013 | DEPT.OF THE TREASURY - IRS | 157,304.20 | 0.00 |
| 015 | ILLINOIS DEPT. OF EMP. SECURITY | 16,972.38 | 0.00 |

| | | | |
|---|---|---|---|
| 019 | ILLINOIS DEPT. OF REVENUE | 13,559.80 | 0.00 |

7. Claims of general unsecured creditors totaling $211,272.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | SHEET METAL WORKERS LOCAL 265 FRINGE BENEFIT FUNDS | $ 337.50 | $ 0.00 |
| 002 | SHEET METAL WORKERS LOCAL 265 SAVINGS FUND | $ 5,051.08 | $ 0.00 |
| 003 | SHEET METAL WORKERS LOCAL 265 INDUSTRY FUND | $ 779.68 | $ 0.00 |
| 004 | SHEET METAL WORKERS LOCAL 265 EDUCATIONAL FUND | $ 2,631.43 | $ 0.00 |
| 005 | SHEET METAL WORKERS LOCAL 265 SUPPLEMENTAL RETIREMENT | $ 15,837.25 | $ 0.00 |
| 006 | SHEET METAL WORKERS LOCAL 265 PENSION FUND | $ 15,983.44 | $ 0.00 |
| 007 | SHEET METAL WORKERS LOCAL 265 WELFARE FUND | $ 38,419.16 | $ 0.00 |
| 008 | DACAV INDUSTRIES | $ 5,804.32 | $ 0.00 |
| 009 | FEDERATED INSURANCE | $ 11,839.60 | $ 0.00 |
| 010 | COPPER SALES, INC. | $ 10,617.03 | $ 0.00 |
| 011 | FIRST NATIONAL BANK OF OMAHA | $ 538.92 | $ 0.00 |
| 012 | FIRST NATIONAL BANK OF OMAHA | $ 2,411.87 | $ 0.00 |
| 013 | DEPARTMENT OF THE TREASURY - IRS | $ 56,625.97 | $ 0.00 |
| 014 | NORTH COAST CHICAGO | $ 2,393.07 | $ 0.00 |
| 015 | ILLINOIS DEPT. OF EMP. SECURITY | $ 70.00 | $ 0.00 |
| 016 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO INC. CORP CARD | $ 1,264.25 | $ 0.00 |
| 017 | ADVANTA BANK CORP | $ 10,150.89 | $ 0.00 |
| 018 | MID AMERICA BANK | $ 11,608.56 | $ 0.00 |
| 019 | ILLINOIS DEPT OF REVENUE | $ 1,280.82 | $ 0.00 |

| | | | |
|---|---|---|---|
| 020 | SASMI TRUST FUND | $ 9,092.50 | $ 0.00 |
| 021 | SHEET METAL WORKERS' NAT'L PENTION FUND | $ 3,624.80 | $ 0.00 |
| 023 | COMMERCE & INDUSTRY INS CO & IL NAT'L INS CO | $ 4,910.00 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, machinery, various security deposits, computer software and trailer

Dated: March 13, 2008

For the Court,

KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| MAXIMUM METAL , INC. | | |
| | | CASE NO. 05B-48921 JS |
| | | JUDGE JOHN SQUIRES |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 3,491.84 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 3,491.84 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 5,395.00 |
| | b. Expenses | $ | 77.48 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 3,610.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses    $_____0.00

3.    Other Professionals

                TOTAL    $_____9,082.48

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                ENTERED   _____
                                        JOHN SQUIRES
                                        UNITED STATES BANKRUPTCY JUDGE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-48921    Doc 38    Filed 03/13/08    Entered 03/15/08 23:41:34    Desc Imaged
                      Certificate of Service    Page 7 of 8

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2           Date Rcvd: Mar 13, 2008
Case: 05-48921                Form ID: pdf002          Total Served: 53

The following entities were served by first class mail on Mar 15, 2008.
db           +Maximum Metal, Inc.,   1052 Republic Dr.,   Addison, IL 60101-3133
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty          +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
10098991      AIG,   po BOX 382014,   Pittsburgh, PA 15250-8014
10098990      Advanta,   PO box 8088,   Philadelphia, PA 19101-8088
10577525     +Advanta Bank Corp,   Bankruptcy,   Welch & McKean Roads,   PO Box 844,
               Spring House, PA 19477-0844
10098992      American Express,   PO box 360001,   Ft. Lauderdale, FL 33336-0001
10571051      American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee, LLP,
               P.O. Box 3001,   Malvern, PA 19355-0701
10098993     +Bank of America,   PO box 4270,   Carol Stream, IL 60197-4270
10098994      Capital One Visa,   PO box 34631,   Seattle, WA 98124-1631
10587255    +++Commerce & Industry Ins Co & IL Nat'l Ins Co,   Other entities American Int'l Group,
               AIG Bankruptcy Collections  - M A Levitt,   70 Pine Street  28th Floor,
               New York, NY 10270-0002
10098995     +Continental Weather Servcie,   PO box 30014,   Mesa, AZ 85275-0014
10098996     +Copper Sales, Inc.,   1001 Lund Blvd.,   Anoka, MN 55303-1089
10098997     +Dacav Industries,   3270 East End Ave.,   South Chicago Heights, IL 60411-5512
10098999     +Exxon Mobil/GECC,   PO Box 4559,   Carol Stream, IL 60197-4559
10099000     +Federated Insurance,   121 E. Park Sq.,   Owatonna, MN 55060-3046
10494827     +First National Bank of Omaha,   1620 Dodge St   Stop Code 3105,   Omaha, Nebraska 68197-0002
10099001      First National Bank of Omaha,   PO Box 2814,   Omaha, NE 68103-2814
10099002      Ford Motor Credit,   PO Box 219825,   Kansas City, MO 64121-9825
10099005     +Home Depot,   2455 Peaches Ferr Rd.,   Atlanta, GA 30339-1834
10099008    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10505293     +Illinois Department of Employment Security,   Attorney General Section 7th Floor,
               33 South State Street,   Chicago, Illinois 60603-2802
10580529     +Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph St., Level 7-400,
               Chicago IL 60601-3218
10099006     +Illinois Department of Revenue,   Bankruptcy Section,   100 W. Randolph Street,
               Chicago, IL 60601-3218
10099007     +Illinois Dept Employment Security,   Chicago Region - Revenue,   527 S. Wells Street, Suite 100,
               Chicago, IL 60607-3928
10099010      MidAmerica Bank,   2317 Milton Ave.,   PO box 345,   Janesville, WI 53547-0345
10099011     +MidAmerica Bank (Deerbart Financial,   2650 Warrenville Rd., Suite 500,   PO Box 7039,
               Downers Grove, IL 60515-7039
10099012     +North Coast Chicago,   Po Box 71-4360,   Columbus, OH 43271-0001
10099013     +Republic Rentals,   1050 W. Republic Dr.,   Addison, IL 60101-3133
10586370    +++SASMI Trust Fund,   c/o Shanna M Cramer Jennings Sigmond PC,   510 Walnut St  Ste 1600,
               Phila, PA 19106-3601
10099015      SBC,   Bill Payment Center,   Chicago, IL 60663-0001
10099014     +Same Day,   PO Box 142,   Elmhurst, IL 60126-0142
10099016      Sears,   PO Box 6922,   The Lakes, NV 88901-6922
10099017     +Sheet Metal Workers Local 265,   205 Alexandra Way,   Carol Stream, IL 60188-2080
10483986      Sheet Metal Workers Local 265 Educational Fund,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483983      Sheet Metal Workers Local 265 Fringe Benefit Funds,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483985      Sheet Metal Workers Local 265 Industry Fund,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483988      Sheet Metal Workers Local 265 Pension Fund,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483984      Sheet Metal Workers Local 265 Savings Fund,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483987      Sheet Metal Workers Local 265 Supplemental Retirem,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10483989      Sheet Metal Workers Local 265 Welfare Fund,   c/o Beverly P. Alfon,
               200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10099018     +Sheet Metal Workers Local 265, etal,   c/o Beverly P. Alfon,   200 W. Adams St., #2200,
               Chicago, IL 60606-5231
10586371    +++Sheet Metal Workers' National Pension Fund,   c/o Shanna M Cramer Jennings Sigmond PC,
               510 Walnut St  Ste 1600,   Phila, PA 19106-3601
10099019      Sheet Metal WorkersNatnl Benef,   PO Box 79321,   Baltimore, MD 21279-0321
10099020      Superior Metal Technologies,   PO box 951994,   Cleveland, OH 44193-0021
10099021      Time Savers,   835 Industrial Dr.,   Elmhurst, IL 60126-1107
10099022      United Rentals,   225 S. Fairbank St.,   Addison, IL 60101-3121
10099009     +llinois Secretary of State,   Springfield, IL 62756-0001
```

```
District/off: 0752-1            User: amcc7                  Page 2 of 2                  Date Rcvd: Mar 13, 2008
Case: 05-48921                  Form ID: pdf002              Total Served: 53
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Mar 14, 2008.
```
10098998       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2008 04:37:26      Discover Card,   PO Box 15156,
                Wilmington, DE 19850-5156
                                                                                                     TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan Horewitch
aty           Scott Gordon Horewitch Pidgeon & Abrams LLC
10099003*     Ford Motor Credit,   PO Box 219825,   Kansas City, MO 64121-9825
10099004*     Ford Motor Credit,   PO Box 219825,   Kansas City, MO 64121-9825
                                                                                             TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**                    **Signature:**    _Joseph Speetjens_