IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
MAXIMUM METAL, INC.

CHAPTER 7 CASE

CASE NO. 05B-48921 JS

JUDGE JOHN SQUIRES

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $ 3,491.84 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 3,491.84 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 5,395.00 |
| | b. Expenses | $ 77.48 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 3,610.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses                                                    $_____0.00

3.     Other Professionals

                                                             TOTAL          $_____9,082.48

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__

                               ENTERED

                               APR 1 8 2008

           ENTERED            John H. Squires Bankruptcy Judge
                                         UNITED STATES BANKRUPTCY COURT

                             _____

                             JOHN SQUIRES
                             UNITED STATES BANKRUPTCY JUDGE